# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### JASPER DIVISION

| | |
|---|---|
| **GUS JOHNSON,** | ) |
| **Petitioner,** | ) |
| v. | ) Case No. 6:23-cv-00645-RDP-SGC |
| **ALABAMA BOARD OF PARDONS AND PAROLES,** | ) |
| **Respondent.** | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation on February 20, 2024, recommending the court dismiss the petition for a writ of habeas corpus filed under 28 U.S.C. § 2241 by Petitioner Gus Johnson and deny a certificate of appealability. (Doc. 8). Although the Magistrate Judge advised the parties of their right to file specific written objections within fourteen days, the court has received no objections.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the Recommendation. Consistent with that recommendation, the court will dismiss the § 2241 petition filed by Petitioner and deny a certificate of appealability. A final judgment will be entered.

**DONE** and **ORDERED** this March 8, 2024.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE